UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Ferryn N. Zenakis
Plaintiff,

v.

Case No.

Southeastern Emergency Physicians, LLC
Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for ,
moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

☐ I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

☒ AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

☐ An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date:

_____
(Signature–hand signed)

Name: Marwan R. Daher
Firm: Sulaiman Law Group, Ltd.
Address: 2500 S. Highland Ave., Ste 200
Lombard, IL 60148

Email address: mdaher@sulaimanlaw.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.