# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Marwan R. Daher

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Marwan R. Daher was duly admitted to practice in said Court on (05/25/2017) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois on (04/27/2022 )

Thomas G. Bruton , Clerk,

By: Jacqueline Jasinski
Deputy Clerk

THOMAS G. BRUTON, CLERK

_____

(By) DEPUTY CLERK



April 27, 2022

_____

DATE